IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUAN RAMON JIMENEZ-PABON,**
**A# 024-456-131,**

    *Petitioner*,

v.    CASE NO.: 4:20cv272-MW/MAF

**WILLIAM BARR, et al.,**

    *Respondents*.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's report and recommendation, ECF No. 12. No objections have been filed. Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 12, is **ACCEPTED** and **ADOPTED** as this Court's opinion.

2. Petitioner's motion for appointment of counsel, ECF No. 11, is **DENIED**.

3. The Clerk must enter judgment stating "The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**."

4. The Clerk must close the file.

**SO ORDERED** on October 27, 2020.

                              s/Mark E. Walker          
                              **Chief United States District Judge**